# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

June 10, 2026

Re: <u>United States v. Mark Anderson, 26 CR 29 (ENV)</u>

Your Honor:

I represent Mr. Anderson, who is charged with impersonating a federal officer in violation of 18 U.S.C. § 912.  A status conference is scheduled for June 12, 2026.  Mr. Anderson is in custody.

Because the parties anticipate requesting an adjournment for continued plea negotiations at the appearance, I respectfully request the conference be continued for approximately four weeks, and that time be excluded from the "speedy trial clock" until the adjourn date.  I have spoken with Mr. Anderson and he prefers not to be brought to court for such a brief appearance and approves of my making this request.

The government consents to this request.  Thank you for your consideration.

Respectfully submitted,
/s/
Michael D. Weil
Michael_weil@fd.org
(718) 407-7413

cc:      AUSA Brandon Davis