# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Clay H. Kaminsky | **DATE:** 11/23/26 |
| **CLERK:** J. Boyd | |
| **DOCKET #:** 26 CR 29 (ENV) | **LOG TIME:** 2:42 – 2:44 |
| **DEFENDANTS NAME:** Mark Anderson | |

| | | | |
|---|---|---|---|
| **___ Present** | **__X__ Not Present** | **__ Custody** | **___ Bail** |

**DEFENSE COUNSEL:** Michael Weil

| | | | |
|---|---|---|---|
| **____ Court Appointed** | **__X__ Federal Defender** | **__ CJA** | **__ Retained** |

| | |
|---|---|
| **A.U.S.A:** Ashleigh Atasoy | |
| **INTERPRETER:** | **LANGUAGE:** |

**Defendant arraigned on the: __Complaint ___Indictment ___Superseding Indictment __X_ Pre Trial Violation**

| | |
|---|---|
| **___ Defendant pleads NOT GUILTY to ALL counts.** | **___ Defendants first appearance.** |
| **____ Government Agent Sworn** | **___ Rule 5f warnings given to the govt.** |
| **____ DETENTION HEARING Held.** | **____ BAIL HEARING Held.** |

**____ Bond set at $**

**Defendant: __ released ___ held pending satisfaction of bond conditions.**

**___ Defendant advised of bond conditions set by the Court and signed the bond.**

**___Surety/ies sworn, advised of bond obligations by the Court and signed the bond.**

**___ (Additional) surety/ies to co-sign bond by**

**___After hearing, Court orders detention in custody. ____ Leave to reopen granted.**

| | |
|---|---|
| **____ Order scheduling a Detention Hearing entered.** | **___ Bail Hearing set for ______________________** |
| **____ Preliminary Hearing set for** | **___ Preliminary Hearing waived by defendant** |

**____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.**

| | | |
|---|---|---|
| **___ Order of Excludable Delay/Speedy Trial entered.** | **Start Date:** | **End Date:** |

| | |
|---|---|
| **Removal District:** | **Removal District Case Number:** |
| **__ Removal (Rule 5) Proceeding held.** | |
| **__ Identity hearing held** | **Court: Orders removal Denies Removal** |
| **___ Defendant waives Identity hearing** | **___ Defendant waives Preliminary hearing** |

**___ No bail application presented to the court. Commitment to the District entered.**

**____ Medical memo issued.**

**_X__ Defendant failed to appear; bench warrant issued.**

**____ Status conference set for / / @ am or pm before District Judge:**

**Other Rulings:** AUSA Ashleigh Atasoy present. Defendant not present with FDNY Michael Weil. Government move for a bench warrant to be issued. Court granted the bench warrant.